STATE OF OHIO )
) SS:
COUNTY OF CUYAHOGA )

1:12 MJ 4060

## UNITED STATES POSTAL INSPECTION SERVICE

I, MARTIN J. CERNELICH, DO HEREBY DEPOSE AND SAY:

I am a United States Postal Inspector and have been so employed for over 23 years, presently assigned at Cleveland, Ohio to investigate Prohibited Mailing offenses. I have received training in the detection and investigation of drug trafficking. I have worked Prohibited Mailing (Narcotics) investigations for approximately 17 years, during which time I was involved in narcotics investigations leading to prosecution in U. S. District Court as well as state courts.

On or about March 18, 2012, Cleveland Postal Police received information from the Cleveland Main Post Office concerning a U. S. Postal Service Priority Mail parcel originating from Phoenix, AZ 85042 for delivery to Cleveland, OH 44108 that was emitting a strong odor suspected to be marijuana. Cleveland Postal Police responded, recovered and secured the Priority Mail parcel for further investigative attention by Postal Inspectors.

On March 19, 2012, Inspectors recovered the subject Priority Mail parcel which is described as a U. S. Postal Service Priority Mail parcel bearing delivery confirmation no. 0310 2010 0001 4670 2849 addressed to Jon Smith, 10106 Born Ave, Cleveland OH 44108 with a return address of Justin Golden, 4349 E. Osborn, Phoenix AZ. 85041. Based on your affiant's training and experience, your affiant knows delivery confirmation numbers are often placed on Priority Mail drug parcels so the mailers may track delivery of the parcels  The parcel is further described as a brown cardboard box measuring approximately 18" X 17" X 12" in size and weighing approximately 15 lbs., 1.5 oz. The subject Priority Mail parcel was mailed on March 13, 2012, from the Phoenix, AZ Post Office 85042 and bore $50.00 in U.S. postage.

In furtherance of the investigation, your affiant made inquiries with Accurint, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name and address information, and the U. S. Postal Service Zip+4 database, and learned the return address appeared to be fictitious. Your affiant also made inquiries with Accurint concerning the delivery address and was unable to associate the name Jon Smith with the delivery address. Your affiant knows, based on his training and experience, that individuals using the U. S. Mails for the purpose of transporting controlled substances will often place fictitious address and/or name information on these parcels to conceal their true identities from law enforcement should the parcel be seized. Your affiant also knows that Arizona has historically been a major source area for controlled substances mailed into Northern Ohio.

On March 20, 2012, the subject parcel was subjected to "Sammy", a narcotic detection canine handled by Detective Michael Twombly of the Cuyahoga County Sheriff's Department. According to Detective Twombly, Sammy gave a positive alert on the subject parcel. According to Detective Twombly, this positive alert meant Sammy detected the odor of an illegal drug emanating from the parcel.

2

Detective Twombly has been State Certified as a Narcotics Canine handler and he and narcotics canine Sammy have worked together since 2007. Detective Twombly and canine Sammy were both recertified in March 2011 by the Ohio Peace Officers Training Academy (OPOTA). Detective Twombly and canine Sammy have both completed 200 hours of a state-certified training program at Excel K-9 Services, Inc., in Lyndhurst, Ohio under Certified Trainer Paul J. Shaughnessy of the NAPWDA, a nationally organized police work dog association that provides training for dogs and handlers. During this time, Sammy was trained and certified to alert to the presence of the odors from marijuana, cocaine, heroin, MDEA (methlyenedioxyethlamphamine), MDMA (methylenedioxymethamphetamine), methamphetamine ("crystal meth"), and/or their derivatives. Detective Twombly has been trained how to handle a detector K-9 and read his alerts.

Based on the information contained herein, your affiant maintains there is probable cause to believe that the U. S. Postal Service Priority Mail parcel bearing delivery confirmation no. 0310 2010 0001 4670 2849 addressed to Jon Smith, 10106 Born Ave, Cleveland OH 44108 with a return address of Justin Golden, 4349 E. Osborn, Phoenix AZ. 85041 contains controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

_____
MARTIN J. CERNELICH
POSTAL INSPECTOR

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 23rd DAY OF MARCH, 2012, AT
CLEVELAND, CUYAHOGA COUNTY, OHIO

_____
NANCY A. VECCHIARELLI
U.S. MAGISTRATE JUDGE