# United States District Court

__Northern__ DISTRICT OF __Ohio, Eastern Division__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

One U. S. Postal Service Priority Mail parcel bearing delivery confirmation no. 0310 2010 0001 4670 2849 addressed to Jon Smith, 10106 Born Ave, Cleveland OH 44108 with a return address of Justin Golden, 4349 E. Osborn, Phoenix AZ. 85041

### SEARCH WARRANT

CASE NUMBER: 1: 12 MJ 4060

TO: __Martin J. Cernelich, Postal Inspector__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Martin J. Cernelich__ who has reason to
Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

One U. S. Postal Service Priority Mail parcel bearing delivery confirmation no. 0310 2010 0001 4670 2849 addressed to Jon Smith, 10106 Born Ave, Cleveland OH 44108 with a return address of Justin Golden, 4349 E. Osborn, Phoenix AZ. 85041

In the __Northern__ District of __Ohio, Eastern Division__ there is now concealed a certain person or property, namely (describe the person or property)

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premise above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __3 April 2012__
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __Nancy A. Vecchiarelli__ as required by law.
U.S. Judge or Magistrate

March 23, 2012   3:57 pm   at   Cleveland, Ohio
Date and Time Issued                                     City and State

Nancy A. Vecchiarelli., U. S. Magistrate Judge
Name and Title of Judicial Officer                       Signature of Judicial Officer

AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> 1:12 MJ 4060 | Date and time warrant executed: <br> 3/23/2012 5:05 pm | Copy of warrant and inventory left with: |
| Inventory made in the presence of : <br> Bryon J. Green, Postal Inspector | | |

Inventory of the property taken and name of any person(s) seized:

USPS Priority Mail parcel bearing delivery confirmation no. 0310 2010 0001 4670 2849 described on reverse and related packaging materials.  Green cellophane wrapped bundle of suspected marijuana having a total approximate gross weight of 13 lbs., 5.6 oz.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-12-12

_Executing officer's signature_

Martin J. Cernelich, Postal Inspector
_Printed name and title_